HENRY H. GAGE

*v.*

THE PEOPLE *ex rel.* John J. Hanberg, County Treasurer.

*Opinion filed October 23, 1906—Rehearing denied Dec. 5, 1906.*

These cases, being Nos. 4222, 4223 and 4224, are controlled by the decision in *Gage v. People,* (*ante,* p. 410.)

WRIT OF ERROR to the County Court of Cook county; the Hon. W. H. HINEBAUGH, Judge, presiding.

F. W. BECKER, for plaintiff in error.

WILLIAM M. PINDELL, (EDGAR BRONSON TOLMAN, Corporation Counsel, and ROBERT REDFIELD, of counsel,) for defendant in error.

Per CURIAM: These records present the same questions that were raised and considered in *Gage v. People ex rel.* (*ante,* p. 410,) and none other. On the authority of the judgment entered in that case, and for the reasons set forth in the opinion in that case, the judgment in each of these cases is affirmed.

*Judgments affirmed.*

Mr. JUSTICE CARTER took no part in the decision of this case.